**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of: | |
| JOSEPH CACCAMISE<br>AND<br>CYNTHIA WALTERS-CACCAMISE<br><br>Debtors | Chapter 13<br><br>Case No. 09-17165-SSM |

**OBJECTION TO CLAIM
NOTICE OF OBJECTION TO CLAIM
AND
NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

To:  BAC Home Loans Servicing           Joseph Caccamise
     fka Countrywide Home Loans          Cynthia Walters-Caccamise
     TX2-981-03-03, PO Box 660694        6282 Redwinged Blackbird Drive
     Dallas, TX 75266                    Warrenton, VA 20187

     Bierman, Geesing & Ward, LLC        James T. Tsai
     Attorney for BAC Home Loans Serv.   Attorney for Debtor
     8100 Three Chopt Rd., Suite 240     Penser Kawamoto Conway
     Richmond, VA 23229                  7926 Jones Branch Dr., Ste. 930
                                         McLean, VA 22102-3303

You have filed a claim in the amount of $272,105.72 with a Court claim number of 4-1 in this Chapter 13 case.

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to your filed claim and asks that the remaining balance be disallowed as it is an unliquidated secured claim. The confirmed Modified Plan of this case surrendered the property located at 270 Pettit Place, Louisa, VA 23209.

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any

Objection to Claim, page 2
09-17165-SSM, Joseph Caccamise And Cynthia Walters-caccamise

opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on July 13, 2011 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste. 400
>Alexandria, VA 22314
>
>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take these steps, the court will decide that you do not oppose objection to your claim.

Date: June 3, 2011                                    ___/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington St.; Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 2nd day of June, 2011, mailed a true copy of the foregoing Objection to Claim, Notice of Objection, and Notice of Hearing to the parties listed in the heading hereof.

/s/ Thomas P. Gorman _____
Thomas P. Gorman